# ALABAMA COURT OF CRIMINAL APPEALS



December 13, 2024

**CR-2023-0820**
Terrell Maurice Watts v. State of Alabama (Appeal from Jefferson Circuit Court:
CC-22-1881)

## <u>NOTICE</u>

You are hereby notified that on December 13, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk